JONATHAN S. AARON et al., Appellants, v DELOITTE TAX LLP, Respondent.

Submitted June 5, 2017; decided September 12, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judges GARCIA and WILSON taking no part.